BLANK ROME, LLP
Attorneys for Plaintiff
CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD.,

        Plaintiff,

-against-

FAIRWIND SHIPPING CO. LTD.,

        Defendant.



07 Civ.

RULE 7.1 STATEMENT



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD certifies that, according to information provided to counsel by its clients, CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD is not a publicly held corporation; however, its ultimate parent company, PetroChina Co. Ltd., is publicly traded in New York and Hong Kong.

Dated:    New York, New York
            May 30, 2007

                            BLANK ROME, LLP
                            Attorneys for Plaintiff
                            CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD

                            By_____
                            Thomas H. Belknap, Jr. (TB-3188)
                            The Chrysler Building
                            405 Lexington Ave.
                            New York, NY 10174-0208
                            (212) 885-5000