*Crotty, J*

BLANK ROME, LLP
Attorneys for Plaintiff
CHIMBUSCO PAN NATION PETRO-CHEMICAL CO., LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 2 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIMBUSCO PAN NATION PETRO-
CHEMICAL CO., LTD.,

                    Plaintiff,

        -against-

FAIRWIND SHIPPING CO. LTD.,

                    Defendant.

07 Civ. 4537 (PAC)

**NOTICE OF VOLUNTARY
DISMISSAL AND RELEASE
OF RULE B ATTACHMENT**

        PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or

appearance has been served by defendant, and

        WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a

Process of Maritime Attachment and Garnishment against the property belonging to defendant,

FAIRWIND SHIPPING CO. LTD., under the control of, or held by various garnishees in New

York.

        NOW, on the consent of the attorney for plaintiff, it is

        ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of

Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

127604.06501/6579459v.1                    1

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of

the Federal Rules of Civil Procedure.

Dated:          New York, New York
                October 9, 2007

                                            BLANK ROME, LLP
                                            Attorneys for Plaintiff
                                            CHIMBUSCO PAN NATION PETRO-
                                            CHEMICAL CO., LTD.


                                            By_____
                                                Thomas H. Belknap, Jr. (TB-3188)
                                            The Chrysler Building
                                            405 Lexington Ave.
                                            New York, NY  10174-0208
                                            (212) 885-5000


SO ORDERED: 10/12/07

_____
        U.S.D.J.